# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-4218

_____

Curtis Bledsoe,        *
       *
          Appellant,        *
       *   Appeal from the United States
          v.        *   District Court for the
       *   Eastern District of Arkansas.
Hartford Life and Accident Insurance    *
Company,        *      [UNPUBLISHED]
       *
          Appellee.        *

_____

Submitted:  November 26, 1999
Filed:  December 6, 1999

_____

Before BOWMAN, FAGG, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Curtis Bledsoe appeals from the District Court's[1] order granting summary judgment to Hartford Life and Accident Insurance Company in this Employee Retirement Income Security Act of 1974 (ERISA) action.  After careful review of the record and the parties' submissions, we conclude that the District Court correctly determined that Bledsoe's suit is barred because he failed to exhaust his administrative remedies.  See Kinkead v. Southwestern Bell Corp. Sickness & Accident Disability

_____

[1]The Honorable Henry Woods, United States District Judge for the Eastern District of Arkansas.

Benefit Plan, 111 F.3d 67, 68 (8th Cir. 1997) ("[B]enefit claimants <u>must</u> exhaust the review procedures mandated by [ERISA] before bringing claims for wrongful denial to court.").

Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.